IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-HC-2084-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| KEVIN MONTGOMERY | ) | |
| Respondent. | ) | |

Before the Court is a motion to seal Docket Entries 42 and 46. These Docket Entries, in unredacted form, reveal personal health information that is imbued with constitutional privacy protections, and sealing is the only method of protecting that legitimate interest under the circumstances. Respondent has filed a publically available version of DE 46 with the sensitive health information redacted. He has also requested that the government file a publically available version of DE 42 with the protected health information redacted.

For good cause shown, the Motion is GRANTED. The Clerk is directed to seal Docket Entry 42 and 46.

SO ORDERED, this **7** day of **October**, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE